# MINUTES

CASE NUMBER:   CIVIL NO. 18-00128LEK-KJM

CASE NAME:     State of Hawaii, Department of Human Services, Division of Vocational Rehabilitation, Hoopono-Services for the Blind vs. United States Marine Corps, by and through GENERAL ROBERT B. NELLER, Incumbent Commandant of the Marine Corps, in his official capacity

ATTYS FOR PLA: Lori H. Wada

ATTYS FOR DEFT: Edric Ming-Kai Ching

INTERPRETER:

JUDGE:    Leslie E. Kobayashi      REPORTER:   Debi Read

DATE:     07/09/2018               TIME:       11:15-11:25

COURT ACTION:   EP: Status Conference held.

Further Status Conference on call.

Submitted by: Warren N. Nakamura, Courtroom Manager